■ STRECK'S, INC., Respondent, v. GLENS FALLS INSURANCE CO., Appellant.— Motion to dismiss appeal granted, by default, without costs. Present— Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEONARD STANLEY, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for permission to appeal as a poor person denied for failure to show any meritorious grounds for appeal. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SEYMOUR NORTHFLEET, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for assignment of counsel denied. Present — Bergan, P. J. Coon, Gibson, Herlihy and Reynolds, JJ.

■ MICHAEL DE BONIS, Appellant, v. BELGIUM B. ROCK, Respondent.— Motion to dismiss appeal granted by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ ‛ In the Matter of WELLS PLAZA CORP., Doing Business as BELMONT PLAZA HOTEL, et al., Respondents, against MARTIN P. CATHERWOOD, as Industrial Commissioner of the State of New York, et al., Appellants.— The decision of this court handed down November 19, 1959 (9 A D 2d 857), is hereby amended to read as follows: Motions to dismiss appeals taken by the Industrial Commissioner and the New York Hotel Trades Council denied, without costs, and without prejudice to renewal upon the argument of the appeal. Motion to dismiss appeal taken by New York State Council of Hotel and Restaurant Employees and Bartenders International Union granted, without costs. The council, is however, granted permission to file a brief amicus curiæ. Present— Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUMERCINDO QUINONES, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Application for permission to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application for assignment of counsel denied. Application for extension of time denied as unnecessary. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of KARL ENGSTRAND, Respondent, against NEW YORK FOREIGN TRADE ZONE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN MENDEL, Appellant.— Motion for an order permitting respondent to file typewritten briefs denied. See rule VII of the Rules of the Supreme Court, Appellate Division, Third Department. Motion for counsel fees, costs and disbursements on appeal denied, without prejudice to a renewal thereof upon the argument. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.